25 So.2d 705

### Alfred MURRAY v. STATE.
3 Div. 457.

Supreme Court of Alabama.
April 11, 1946.

Wm. N. McQueen, Atty. Gen., and Mac-Donald Gallion, Asst. Atty. Gen., for the petition.

Foster & Foster, of Montgomery, opposed.

LIVINGSTON, Justice.

Petition of the State, by its Attorney General, for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Alfred Murray v. State, 3 Div. 877, 25 So.2d 704, wherein a judgment denying release of petitioner on habeas corpus was reversed.

Writ denied.

GARDNER, C. J., and BROWN and SIMPSON, JJ., concur.